IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT MARTIN, GALYN MARTIN, MARC DRISKILL, PEGGY DRISKILL, FAYE GOINS, <br><br> Plaintiffs, <br><br> v. <br><br> EGYPTIAN LACQUER MANUFACTURING COMPANY, <br><br> Defendant. | Case No. 3 09 0627 <br> Jury Demanded <br><br> Magistrate Judge Bryant |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, as evidenced by the signatures of counsel for the parties below, hereby stipulate to the dismissal with prejudice of all claims by all parties in this case.

**STIPULATED AND AGREED TO:**

/s/ W. David Bridgers
W. David Bridgers (BPR No. 016603)
Neal & Harwell, PLC
150 Fourth Avenue North, Suite 2000
Nashville, TN 37219
(615) 244-1713

/s/ Elizabeth L. Murphy
Elizabeth L. Murphy (BPR No. 20905)
1102 17th Avenue South, Suite 401
Nashville, Tennessee 37212
(615) 327-0404
**Counsel for Plaintiffs**

/s/ William L. Penny
William L. Penny
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-5200
(615)244-5200
**Counsel for Defendant**

*So Ordered* [handwritten signature]